No. 91–6898. LEWIS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 91–6900. MOSELY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6901. MACFADDEN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–6902. ROULAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6903. LONDONO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6904. MALDONADO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6906. NICHOLS *v.* MCCORMICK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–6907. MILLER *v.* DIGGS. C. A. 4th Cir. Certiorari denied.

No. 91–6908. MICHEAUX *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 91–6909. JONES *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 91–6911. SMITH *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–6914. BROFFORD *v.* TATE, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 91–6915. RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6916. REILLY *v.* WARDEN, FEDERAL CORRECTIONS INSTITUTION, PETERSBURG. C. A. 2d Cir. Certiorari denied.